B 3A (Official Form 3A) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re  Wallace Powell                ,
        Debtor

Case No.  13-43884

Chapter  7

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☒ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ 76.50    Check one  ☐ With the filing of the petition, or
                      ☒ On or before December 11, 2013

$ 76.50    on or before January 10, 2014

$ 76.50    on or before February 10, 2014

$ 76.50    on or before March 11, 2014

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: NOV 18 2013

_____
United States Bankruptcy Judge